UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEKSANDAR BESAROVIC,<br><br>Defendant. | Case No. 2:12-cr-0004-APG-GWF<br><br>**Order Accepting Report and Recommendation and Denying Motion to Dismiss**<br><br>(ECF No. 1388, 1426) |

On October 5, 2016, Magistrate Judge Foley entered his Report and Recommendation (ECF No. 1426) recommending denial of defendant Aleksander Besarovic's motion for partial dismissal (ECF No. 1388). No objection has been filed to that Report and Recommendation. I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Thus, I may accept the recommendation without review.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Report and Recommendation **(ECF No. 1426) is accepted** and defendant Besarovic's motion **(ECF No. 1388) is DENIED.**

DATED this 29th day of December, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1