DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice
KELLY PEARSON
Deputy Chief, Organized Crime and Gang Section
CHAD W. MCHENRY
Trial Attorney, Organized Crime and Gang Section
1301 New York Avenue NW
Washington, D.C. 20005
(202) 514-3594
Kelly.Pearson@usdoj.gov
Chad.W.McHenry@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:12-cr-4-APG-EJY-25 |
| Plaintiff, | |
| v. | **Government's Motion to Dismiss Indictment as to Defendant Aleksander Besarovic (#25) Only** |
| **Aleksandar Besarovic**, | |
| Defendant. | |

The United States of America, by and through DAVID L. JAFFE, Chief, Organized Crime and Gang Section, United States Department of Justice, KELLY PEARSON, Deputy Chief, and CHAD W. MCHENRY, Trial Attorney, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave of this Court to dismiss the Indictment (Counts One, Two, and Seventeen) in the above-

referenced matter as to Defendant Aleksander Besarovic (#25) only, with prejudice. *See* ECF No. 1.

Further, the Government moves this Court to strike from the Indictment in the above-captioned matter Racketeering Acts 15 and 49 from Count One, Participate in a Racketeer Influenced Corrupt Organization, as these Racketeering Acts relate to Mr. Besarovic. *Id.*

**DATED** this 27th day of October, 2020.

Respectfully submitted,

DAVID L. JAFFE
Chief, Organized Crime and Gang Section

*/ s / Kelly Pearson*
_____
Kelly Pearson
Deputy Chief

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> v. <br><br> **Aleksander Besarovic,** <br><br> Defendant. | Case No. 2:12-cr-4-APG-EJY-25 <br><br> **Order Dismissing Indictment as to Defendant Aleksander Besarovic (#25) Only** |

Upon application of the Government and pursuant to Federal Rule of Criminal Procedure 48(a), the Court hereby orders that the Indictment (Counts One, Two, and Seventeen) in the above-captioned matter be dismissed, with prejudice, as to Defendant Aleksander Besarovic (#25) only. ECF No. 1.

Further, this Court hereby strikes Racketeering Acts 15 and 49 from Count One in the above-referenced charging instrument.

IT IS SO ORDERED.

Dated this <u>28th</u> day of October, 2020.

_____
Hon. Andrew P. Gordon
United States District Judge
District of Nevada